IN THE MATTER OF JOE KEENER HUGHEN.
(SUPREME COURT DISCIPLINARY No. 989)
(422 SE2d 200)

PER CURIAM.
The State Bar of Georgia charged Respondent Joe Keener Hughen with violating Standards 4, 21, 22, 23, 44 and 68 of Bar Rule 4-102. The Bar filed a Notice of Discipline against Respondent pursuant to Bar Rule 4-208.1. While the Bar was not able to personally serve the Respondent with the Notice of Discipline, service was accomplished by the methods provided for in Bar Rule 4-208.2.

The Respondent having failed to respond to the Notice of Discipline within 20 days, that Notice is a final order pursuant to Bar Rules 4-208.1 and 4-208.3. Accordingly, it is hereby ordered that Joe Keener Hughen is disbarred from the practice of law in the State of Georgia.

*Clarke, C. J., Bell, P. J., Hunt, Benham, Fletcher and Sears-Collins, JJ., concur.*

DECIDED OCTOBER 20, 1992.

*William P. Smith III, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar,* for State Bar of Georgia.